FILED: July 23, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1740

(3:13-cv-01254-TLW)

_____

MANUELA HOLMES, f/k/a Manuela Moore

        Plaintiff - Appellant

v.

MORGAN H. MOORE

        Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Columbia |
| Originating Case Number | 3:13-cv-01254-TLW |
| Date notice of appeal filed in originating court: | 07/21/2014 |
| Appellant (s) | Manuela Holmes |
| Appellate Case Number | 14-1740 |
| Case Manager | Brian Bain<br>804-916-2736 |